397 A.2d 1246

Commonwealth v. Belgrave, Appellant.

Submitted March 20, 1978. Roy Davis, Assistant Public Defender, for appellant; Frank Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.